UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH ANGELES, a/k/a Sara Faber, individually and on behalf of all others similarly situated, | ) ) ) | No. 5:20-CV-01540-CEH |
| Plaintiff, | ) ) ) | MAGISTRATE JUDGE CARMEN E. HENDERSON |
| vs. | ) ) | |
| CBSC, INC., d/b/a/ Centralized Business Solutions Company and John Does 1-25 | ) ) ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

The parties have informed the Court that they have settled this matter. Therefore, the Court will mark the docket "settled and dismissed, without prejudice." The parties may submit within 60 days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissing the case with prejudice. If approved, it shall supplement this order. The Court will retain jurisdiction over the matter for the next 60 days.

    IT IS SO ORDERED.

DATED: March 3, 2021　　　　　　　　　　　　*s/ Carmen E. Henderson*
　　　　　　　　　　　　　　　　　　　　　　Carmen E. Henderson
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge