# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| SARAH ANGELES, | ) | CASE NO.:  5:20-cv-01540 |
| a/k/a Sarah Faber, | ) | |
| individually and on behalf of all others | ) | MAGISTRATE JUDGE |
| similarly situated, | ) | CARMEN E. HENDERSON |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **SUPPLEMENTAL ORDER OF** |
| CBSC, INC. | ) | **DISMISSAL** |
| d/b/a Centralized Business Solutions | ) | |
| Company and John Does 1-25. | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Parties' *Stipulation for Dismissal with Prejudice*, the above matter is hereby settled and dismissed with prejudice at Plaintiff's costs. This order supplements the Court's March 3, 2021 *Order of Dismissal*.

IT IS SO ORDERED.

*CarmenHenderson*
_____          __April 20, 2021_____
MAGISTRATE JUDGE CARMEN E. HENDERSON          DATE